# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF NORTH CAROLINA
## SOUTHERN DIVISION

| | |
|---|---|
| SHARON SOUTHWOOD, for herself and all others similarly situated, <br><br> Plaintiffs, <br><br> vs. <br><br> CCDN, LLC, a Nevada limited liability company; R.K. LOCK & ASSOCIATES, an Illinois general partnership d/b/a Credit Collections Defense Network or CCDN; ROBERT K. LOCK, JR., ESQ.; COLLEEN LOCK; and PHILIP M. MANGER, ESQ., <br><br> Defendants. | **7:09-CV-81-BR** |
| CHRIS TAYLOR; WILLIAM G. HARRISON, SR.; LINDA SHERYL LUCAS; CATHY HORTON HUNT; SHARON SOUTHWOOD; and DORMAN and BRENDA BEASLEY, for themselves and all others similarly situated, <br><br> Plaintiffs, <br><br> vs. <br><br> CCDN, LLC; LEGAL DEBT CURE, LLC, a Nevada limited liability company; BARRISTER LEGAL SERVICES, P.C.; DEBT JURISPRUDENCE, INC.; AEGIS CORPORATION; RICHARD JUDE WASIK; RODNEY EMIL BRISCO; M. DAVID KRAMER; MARCIA M. MURPHY; and PHILIP M. MANGER, <br><br> Defendants. | **7:09-CV-183-BR** |

**Decision by Court.**

This action came before the Honorable W. Earl Britt, Senior United States District Judge, for ruling as follows:

**IT IS ORDERED, ADJUDGED AND DECREED** Plaintiffs' motion for attorney's fees (DE # 127) is GRANTED IN PART and DENIED IN PART;  Plaintiff Sharon Southwood have and recover of defendants CCDN, LLC, R.K. Lock & Associates, Robert K. Lock, Jr., Colleen Lock, and Philip M. Manger, jointly and severally, attorney's fees in the amount of $37,800;  Plaintiff Chris Taylor have and recover of defendant CCDN, LLC or defendant Philip M. Manger attorney's fees in the amount of $7,250;  Plaintiff William G. Harrison have and recover of defendants Aegis Corporation and CCDN, LLC, jointly and severally, or of defendant Philip M. Manger attorney's fees in the amount of $7,250;  Plaintiff Cathy Horton Hunt have and recover of defendant CCDN, LLC or defendant Philip M. Manger attorney's fees in the amount of $7,250;  Plaintiffs Dorman and Brenda Beasley have and recover of defendant CCDN, LLC or defendant Philip M. Manger attorney's fees in the amount of $7,250.  The Clerk is DIRECTED to enter judgment in both actions consistent with the entry of the order.

**This Judgment Filed and Entered on September 12, 2017, and Copies To:**

Christopher Livingston (via CM/ECF Notice of Electronic Filing)
Lee W. Bettis, Jr. (via CM/ECF Notice of Electronic Filing)
Philip Alan Collins (via CM/ECF Notice of Electronic Filing)
Melody Jewell Jolly (via CM/ECF Notice of Electronic Filin)

DATE  **PETER A. MOORE, JR., CLERK**
September 12, 2017     /s/ Susan K. Edwards
      (By) Susan K. Edwards, Deputy Clerk